MARY TAYLOR, Respondent, v. IRVING TRUST COMPANY, as Trustee in Bankruptcy of F. & W. GRAND 5-10-25 CENT STORES, INC., Appellant.— Judgment, as amended, of the City Court of Mount Vernon and order denying a motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

WILLIAM THOMAS, Appellant, Respondent, v. GEORGE ADIE, Respondent, Appellant.— Order dated December 12, 1932, in so far as appealed from by plaintiff, reversed on the law and the facts, verdict reinstated and judgment directed to be entered thereon, with costs to plaintiff of the trial and of this appeal, upon the ground that the evidence justified the verdict in the amount. Orders dated respectively December 12, 1932, and April 15, 1933, in so far as appealed from by defendant, unanimously affirmed. In our opinion, a question of fact was presented both as to plaintiff's contributory negligence and defendant's negligence. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JAMES WILSON, an Infant under the Age of Fourteen Years, by His Guardian ad Litem, MARY WILSON, and MARY WILSON, Appellants, v. BERGEN BEACH HOMES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

LUCIANO ZAFONTE, Appellant, v. GRACE HOLMES RENO, Respondent.— Judgment reversed on the law and the facts and a new trial granted, costs to the appellant to abide the event. In our opinion, the arrest and prosecution of the plaintiff by the defendant was without probable cause. The plaintiff was entirely within his rights in destroying the fence in question upon the right of way known as Holmes lane, erected by the defendant without any right or title to the land in her. The mere fact that she had paid taxes assessed by the city of New York against this right of way and thought that she owned the property did not justify plaintiff's arrest or prosecution. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

Pursuant to the provisions of rule 1 of the Rules of Civil Practice, Frederick A. Keck, Esq., residing at No. 57 Remsen street, in the county of Kings, is hereby appointed a member of the committee on character and fitness of applicants for admission to the bar in and for the Second Judicial District, in place of Hon. Peter P. Smith, appointed a justice of the Supreme Court, to serve on such committee during the pleasure of the court; such appointment to take effect July 19, 1933. Present — Lazansky, P. J., Young, Kapper, Hagarty, Carswell, Tompkins and Davis, JJ.

DOMENICO CASELLA, Appellant, v. MAZIE SLOCKBOWER, Respondent, and Another, Undertenant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Tompkins and Davis, JJ.; Scudder, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of FRANK A. CROWE, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.